**ORDERED UNSEALED on 01/27/2026 s/ BreanneC**

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ERVAN PIERSON, Defendant. | Case No.: 26mj350<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about December 4, 2025, within the Southern District of California, defendant ERVAN PIERSON knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

ARNESHA B. BAHN
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this ___ day of January 2026.

**Jan 23, 2026**

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On December 4, 2025, at approximately 6:10 p.m., Officers with the San Diego Police Department conducted a traffic stop of a Jaguar F-Pace SUV bearing California License Plate 9VEP740 while the Jaguar was traveling on El Cajon Boulevard, which is within the Southern District of California. The Jaguar was stopped after Officers observed it traveling with a non-operating left headlight, which is a violation of California Vehicle Code §§24250, 24400(b), and 24252(a)(1). The Jaguar yielded to police and Ervan PIERSON was identified as the driver and a female with the initials C.P. was identified as the front passenger in the Jaguar.

As police interacted with PIERSON, they observed a glass marijuana bong located on the rear passenger floorboard. Additionally, PIERSON removed a nugget of unburned marijuana from the center console where there was also an unsmoked marijuana "blunt." Based on the unsmoked marijuana in the vehicle not being within a sealed container, PIERSON and C.P. were in violation of California Vehicle Code §23222. PIERSON and C.P. were then removed from the Jaguar for a probable cause search to be conducted.

A search of the vehicle revealed a 9mm privately made firearm (commonly referred to as a "ghost gun") concealed within a shoe tucked under the front passenger seat of the Jaguar. The 9mm firearm was loaded with three rounds of 9mm ammunition. PIERSON told police the firearm belonged to him and that he obtained the firearm a few days prior to the traffic stop.

Records checks on PIERSON revealed the following relevant criminal history:

| **Conviction Date** | **Court of Conviction** | **Charge** | **Imprisonment** |
|---|---|---|---|
| 9/6/2012 | CASC – Riverside | Cal. P.C. §496—Receive Stolen Property (Felony) | 16 Months Jail (Suspended) |
| 6/17/2016 | CASC – Riverside | Cal. P.C. §211—Robbery w/Firearm (Felony) | 4 Years Prison |

| | | | |
|---|---|---|---|
| 9/30/2020 | U.S. District Court Southern California | 18 U.S.C. §922(g)(1)—Felon in Possession of a Firearm | 33 Months Prison; 3 Years Supervised Release |

The ammunition was seized and inspected. Preliminary checks revealed that the ammunition was not manufactured in California and therefore traveled in interstate commerce to arrive in California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.